UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **12-23351-CIV-MORENO**

JOHN A. SCOTT,

    Petitioner,

vs.

MICHAEL D. CREWS,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING PETITION FOR WRIT OF HABEAS CORPUS

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on the petitioner's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 **(D.E. No. 1)**, filed on **September 13, 2012**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 18)** on **June 5, 2013**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 18)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)     The petition for writ of habeas corpus is DENIED;

(2)     No certificate of appealability shall issue;

(3)     The case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th day of July, 2013.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record

John A. Scott, pro se
DC#B05351
Jackson Correctional Institution
5563 10th Street
Malone, FL 32445